IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

KAY L. HALL,

        Plaintiff,

vs.

CAROLYN W. COLVIN,
Acting Commissioner, Social Security
Administration,

        Defendant.

Case No. 14-CV-666-FHM

## OPINION AND ORDER

The parties' Joint Stipulation of Dismissal, [Dkt. 19], is before the court. The court finds that the case should be and is hereby dismissed with prejudice and the case closed.

SO ORDERED this 10th day of June, 2015.

_____
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE